draw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Gonzalez has filed a response. The record is insufficiently developed to allow consideration at this time of Gonzalez's claim of ineffective assistance of counsel; such claims generally "cannot be resolved on direct appeal when [they have] not been raised before the district court since no opportunity existed to develop the record on the merits of the allegations." *United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir.2006) (internal quotation marks and citation omitted). Our independent review of the record, counsel's brief, and Gonzalez's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

Carolyn A. Hill, Bradley & Hill, Dallas, TX, for Defendant–Appellant.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Aurelio Rueda Huerta has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Huerta has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Aurelio Rueda HUERTA, Defendant–Appellant.**

No. 08–10169

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 20, 2009.

Rick Calvert, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Eden Camilo LANDESTOY–NUNEZ, Defendant–Appellant.**

No. 08–11035

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 20, 2009.

Daniel D. Guess, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.